**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bernardo MARTINEZ–OCAMPO,**
**Defendant–Appellant.**

**No. 10–50104.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 17, 2011.

Bruce R. Castetter, Assistant U.S. Attorney, Office of the U.S. Attorney, San

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Diego, CA, Sara J. O'Connell, Assistant U.S. Attorney, U.S. Department of Justice, San Diego, CA, for Plaintiff–Appellee.

Michael S. Berg, Law Offices of Michael S. Berg, San Diego, CA, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Bernardo Martinez–Ocampo appeals from the 57–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Martinez–Ocampo contends that the district court procedurally erred in imposing his low-end Guideline sentence and that the sentence is substantively unreasonable. The record reflects that the district court did not procedurally err, *see United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir. 2008) (en banc), and that, under the totality of the circumstances, the sentence at the bottom of the guidelines range is substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

L.Ed.2d 445 (2007); *see also Carty,* 520 F.3d at 993.

**AFFIRMED.**